1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AASIM NIA,                                    1:08-CV-01035 GSA HC

        Petitioner,

  vs.                                    ORDER OF TRANSFER

M. A. SMELOSKY,

        Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1

1    In this case, Petitioner is challenging the loss of times credits as a result of a prison

2  disciplinary hearing. Where "the petition is directed to the manner in which a sentence is being

3  executed, e.g., if it involves parole or time credits claims, the district of confinement is the

4  preferable forum." Meador v. Cal. Dept. of Corr., 2003 WL 21910917 *1 (N.D.Cal.), *citing*

5  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989); Braden v. 30th Judicial Circuit Court, 410

6  U.S. 484, 497 (1973); In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.); Thomas v. Hepburn,

7  2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL 50267, *1 (N.D. Cal.).

8  Petitioner is incarcerated at Centinela State Prison in Imperial, California, which is within the

9  jurisdictional boundaries of the Southern District of California. See 28 U.S.C. § 84(b). Therefore,

10  in the interest of justice the petition will be transferred to the United States District Court for the

11  Southern District of California. 28 U.S.C. §§ 1404(a) and 2241(d).

12    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

13  States District Court for the Southern District of California.

14    IT IS SO ORDERED.

15  **Dated:   July 28, 2008**            **/s/ Gary S. Austin**

16                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26