UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIA AASIM, | 1:08-cv-01035-GSA  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| M.A. SMELOSKY, | (DOCUMENT #7) |
| Respondent. | |

Petitioner has requested the appointment of counsel. This case has been transferred to the Southern District of California. Therefore, the instant motion should be filed in that Court. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is dismissed.

IT IS SO ORDERED.

Dated:  September 28, 2009          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE